**IT IS ORDERED as set forth below:**

Date: January 12, 2024

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re:<br><br>Viola Delores Garris,<br><br>　　　　　Debtors.<br>MCLP ASSET COMPANY, INC.,<br><br>　　　　　Movant,<br>v.<br><br>Viola Delores Garris, Debtor,<br>Cathy L. Scarver, Trustee,<br><br>　　　　　Respondents. | CASE NO. 23-60691-lrc<br><br>CHAPTER: 7<br><br>JUDGE: Lisa Ritchey Craig<br><br>CONTESTED MATTER |

ORDER GRANTING MOTION FOR RELIEF FROM STAY (#28)

MCLP ASSET COMPANY, INC. ("Movant"), filed a Motion for Relief from Stay on December 5, 2023 as Docket No. 28, that was duly noticed and set for hearing on January 11, 2024 at the 10:00 a.m. calendar before this Honorable Court. Movant is represented by counsel and Debtor is Pro Se. Movant's counsel appeared, and no opposition was presented to Movant's Motion at the call of the calendar. The Chapter 7 Trustee did not oppose the Motion. It is, therefore,

ORDERED that Movant and its successors are relieved from the imposition of the automatic stay under § 362 as to Movant and the collateral so that Movant (and any successors or assigns) and may proceed with repossession of its collateral described in its Motion as 7050 John Rivers Road, Fairburn, GA 30213 (the "Collateral") without further Order of this Court. Such relief includes the right to send notices required under applicable state law. If there are any surplus proceeds from the sale in excess of the Movant's secured indebtedness, reasonable fees and foreclosure costs, Movant's counsel shall immediately notify the Trustee's office and Debtor of same, and shall forward such excess proceeds to the office of the Trustee. It is further

ORDERED that the provisions of BR 4001(a)(3) are waived. It is further

ORDERED that Movant is exempt from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

[END OF DOCUMENT]

Order presented by:

/s/ Janica Drayton
JANICA DRAYTON, ESQ.
Georgia Bar # 612147
PADGETT LAW GROUP
3490 Piedmont Road, NE
Suite 1475
Atlanta, GA  30305
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Janica.drayton@padgettlawgroup.com


No Opposition by:

/s/ Cathy L Scarver (with express permission)
Chapter 7 Trustee
Georgia Bar # 628455
P. O. Box 672587
Marietta, GA 30006
trusteescarver@bellsouth.net

## **Distribution List**

*Debtor*
**Viola Delores Garris**
7050 John Rivers Road
Fairburn, GA 30213

*Trustee*
**Cathy L. Scarver**
P. O. Box 672587
Marietta, GA 30006

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303